**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioner,                  18 **CIVIL** 7103 (ER)

                                                 JUDGMENT

      -against-                                  _____

GALT INSTALLATIONS LLC,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 29, 2020, the Union's motion for summary judgment is granted; the arbitration award is confirmed, and judgment is entered in favor of the Union in the amount of $34,930.29, with interest to accrue at the rate of 9% from December 18, 2017—the date of the arbitration award—through the date of judgment in the amount of $7,717.20; the Court also grants the Union's request for attorneys' fees and costs in the amount of $1,225; the Court denies the Union's request for the Arbitrator's fee; accordingly, the case is closed.

**Dated:**  New York, New York
           May 29, 2020

                                       **RUBY J. KRAJICK**
                                       _____
                                          **Clerk of Court**
                **BY:**
                                      _____
                                          **Deputy Clerk**